# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        **JOSEPH MILTEER**                                    CASE NO.

              **DEBTOR**                                            CHAPTER    13

### DISCLOSURE OF COMPENSATION OF ATTORNEY
### FOR DEBTOR

1.      Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above mentioned Debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me for service rendered or to be rendered on behalf of the Debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

            For legal services, I have agreed to accept compensation at $250/hr. with
            an estimated fee of:                                      $    1,500.00 - 3,000.00

            Prior to the filing of this statement I have received      $    1,500.00

            Balance due payable by Estate                             $    0 - 1,500.00

2.      The source of the compensation paid to me was:

            __  Debtor          _X_  Other (specify):      J. Anthony Clark and Violet Clark

3.      I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

4.      In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

        a)      Analysis of the Debtor's financial situation, and rendering advice and assistance to the Debtor(s) in determining whether to file a petition under Title 11, United States Code;

        b)      Preparation and filing of any petition, schedule, statement of affairs, and other documents required by the court;

        c)      Representation of the Debtor at the meeting of creditors, confirmation hearing and any adjourned hearings thereof;

        d)      (Other provisions as needed)
                **None**

5.      By agreement with the Debtor the above disclosed fee does not include the following services:
                **Appeals**

---

### CERTIFICATION

  I certify that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of the Debtor(s) in this bankruptcy proceeding.

Dated:          January 4, 2005                  /s/ Eric L. Frank _____
                                                 Eric L . Frank
                                                 DiDonato and Winterhalter, P.C.
                                                 1818 Market Street, Suite 3520
                                                 Philadelphia, PA 19103
                                                 Attorney for Debtor

---